Brent G. Cheney SBN 180429
Adam L. Levitan SBN 280226
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone:  (213) 683-6500
Facsimile:   (213) 683-6669
E-mail:       bcheney@pmcos.com

Attorneys for Plaintiff
PACIFIC WESTERN BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC WESTERN BANK, a California state-chartered bank, as successor-in-interest to FIRST CALIFORNIA BANK, a California corporation,<br><br>              Plaintiff,<br><br>v.<br><br>CAMARILLO PROPERTY DEVELOPMENT, LLC, a Delaware limited liability company; EMILY COASSIN, as the personal representative of the Estate of LAWRENCE COASSIN; LAWRENCE BUHL, III, an individual; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.:  2:13-cv-02450-AJW<br>The Honorable Andrew J. Wistrich<br><br>**ORDER RE DISMISSAL OF ACTION**<br><br><br><br><br><br><br><br><br><br>Complaint filed:  April 13, 2013<br>Trial date:         June 3, 2014 |

For good cause shown by the parties' Stipulation, IT IS HEREBY ORDERED THAT the above-captioned action is DISMISSED without prejudice.

/s/  Andrew J. Wistrich

Dated:  10/31/13_____      By:_____
                                                    U.S.  Magistrate  Judge

[PROPOSED] ORDER RE DISMISSAL OF ACTION

418052 51686.1346

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION